UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IMPULSE IMPORTS d/b/a IMPORT IMAGES, et. al. | ) ) ) ) |
| Plaintiffs | ) |
| v. | ) ) |
| GLOBAL PRINTS, INC. d/b/a CAMPUS SALES, et. al. | ) ) ) |
| Defendants. | ) ) |

05 - 11691 RCL

### NOTICE OF INTERESTED PARTIES

TO ALL PARTIES AND ATTORNEY(S) OF RECORD:

The undersigned, counsel of record for Plaintiffs Impulse Imports d/b/a Import Images, Pyramid Posters Limited, Fifty-Six Hope Road Music, Ltd, Sheffield Enterprises, Inc., Lions Gate Entertainment, Inc., Artisan Pictures, Inc., James Dean, Inc., James Dean Foundation, Anthill Trading Ltd, LLC, Pearl Jam, LLC, End of Music, LLC, Radiohead Trademark Limited Corp., Orion Pictures, Corp., a subsidiary of Metro-Goldwyn-Mayer, Inc., Universal Studios, and Museum Masters International, a division of ArtMerchandising & Media, Inc., certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

The parties include: Impulse Imports d/b/a Import Images, Pyramid Posters Limited, Fifty-Six Hope Road Music, Ltd, Sheffield Enterprises, Inc., Lions Gate Entertainment, Inc., Artisan Pictures, Inc., James Dean, Inc., James Dean Foundation, Anthill Trading Ltd, LLC, Pearl Jam, LLC, End of Music, LLC, Radiohead Trademark Limited Corp., Orion Pictures, Corp., a subsidiary of Metro-Goldwyn-Mayer, Inc., Universal Studios, Museum Masters International, a division of ArtMerchandising & Media, Inc., and Global Prints d/b/a Campus Sales.

Respectfully submitted,
Impulse Imports d/b/a Import Images, et. al.,

_____

By their attorneys,
TIMOTHY J. ERVIN, BBO #567042
JOHN F. GALLANT, BBO #547951
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA  01824
(978) 256-6041
Fax: (978) 256-7977
Email: tim@gallant-ervin.com
           john@gallant-ervin.com