UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IMPULSE IMPORTS d/b/a IMPORT IMAGES, et. al.<br><br>Plaintiffs<br><br>v.<br><br>GLOBAL PRINTS, INC. d/b/a CAMPUS SALES, et. al.<br><br>Defendants. | )<br>)<br>)<br>) 05 - 11691 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' EX PARTE MOTION FOR ORDER TO SEIZE INFRINGING MERCHANDISE

NOW COME THE PLAINTIFFS, Impulse Imports d/b/a Import Images, et. al. ("Plaintiffs") and move this Honorable Court to enter an order in the form attached hereto, permitting the immediate seizure of any and all infringing products in the possession of the Defendants. As grounds therefor, the Plaintiffs aver that the ex-parte seizure order is necessary to prevent the Defendants from disposing of all infringing products in their possession to unknown third parties, to prevent the further infringement and dissolution of the Plaintiffs' exclusive trademark, copyright and publicity rights and to secure the payment of any judgment which may be rendered against said Defendants in the above-entitled matter.

In support of its motion, the Plaintiffs rely on the Complaint, exhibits, affidavits and Memorandum of law submitted herewith.

WHEREFORE, for the reasons set forth in this Motion, the Complaint, the Affidavits and the Memorandum of Law in Support of the Application for Ex-Parte Seizure of all infringing product, the Plaintiffs respectfully request that the court issue an ex-parte order in the form attached hereto.

Respectfully submitted,

Impulse Images, Inc. d/b/a Import Images
By its attorneys,

TIMOTHY J. ERVIN, (BBO# 567042)
JOHN F. GALLANT (BBO#547951)
GALLANT & ERVIN, LLC
Suite 103
One Olde North Road
Chelmsford, MA  01824
(978) 256-6041
(978) 256-7977 (fax)

Date: 8-16-05