UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
IMPULSE IMPORTS d/b/a IMPORT     )
IMAGES, et. al.                  )
                                 )
        Plaintiffs               )
v.                               )
                                 )
GLOBAL PRINTS, INC. d/b/a CAMPUS )   05-11691 RCL
SALES, et. al.                   )
                                 )
        Defendants.              )
_____)
```

### PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

NOW COME THE PLAINTIFFS, Impulse Imports d/b/a Import Images, et. al. ("Plaintiffs") and hereby move this Honorable Court to enter a Temporary Restraining Order prohibiting and restraining the Defendants from infringing upon the Plaintiffs' rights by manufacturing, distributing and selling products bearing the trademarks and/or copyrighted images controlled by Plaintiffs without authorization or permission from Plaintiffs.

The Plaintiffs are seeking a Temporary Restraining Order against the Defendants for among other things, infringement of a federally registered trademark under the Lanham Act, inter alia, 15, U.S.C. 1114, for federal unfair competition under 15, U.S.C. 1125(a), for state trademark infringement, for common law trademark infringement and infringement of common law rights of publicity.

In support of its motion, the Plaintiffs rely on the Complaint, exhibits, affidavits and Memorandum of law submitted in support of the Preliminary Injunction herewith.

Respectfully submitted,

Impulse Images, Inc. d/b/a Import Images
By its attorneys,

_____
TIMOTHY J. ERVIN, (BBO# 567042)
JOHN F. GALLANT (BBO#547951)
GALLANT & ERVIN, LLC
Suite 103
One Olde North Road
Chelmsford, MA 01824
(978) 256-6041
(978) 256-7977 (fax)

Date: 8-16-05