UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# SEIZURE BOND

WE, IMPULSE IMPORTS d/b/a IMPORT IMAGES, PYRAMID POSTERS, FIFTY-SIX HOPE ROAD MUSIC, LTD., and all other plaintiffs ("plaintiffs"), as Principal, and ACCREDITED SURETY AND CASUALTY COMPANY, INC, as Surety, are bound unto GLOBAL PRINTS, INC. d/b/a CAMPUS SALES and PAUL KENNEDY, ("defendants"), as Obligee, in the sum of $75,000.00 for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

THE CONDITION OF THIS BOND is that if the Principal obtaining this order under subsection 15 U.S.C. §1116 shall pay all costs and damages that the obligee sustains in consequence of the principal obtaining a wrongful seizure in this action then this bond is void, otherwise it remains in force.

EFFECTIVE DATE: August 12, 2005

BOND NO.: 10043180

_____
Principal

Accredited Surety and Casualty Company, Inc.
400 S. Park Avenue, Suite 320, Winter Park, FL 32789

By: William R. Hanley, Attorney-in-Fact

APPROVED BY ME ON THIS

_____ DAY OF _____, 19___

_____
(Clerk)

**ACCREDITED SURETY AND CASUALTY COMPANY, INC.**

**WINTER PARK, FLORIDA**

**CERTIFIED POWER OF ATTORNEY**     No. 10043180

***KNOW ALL MEN BY THESE PRESENTS***: That Accredited Surety And Casualty Company, Inc. herein after referred to as "Accredited" a Florida corporation, having its principal office at 400 Park Avenue South Suite 320, Winter Park, Florida, does hereby make, constitute and appoint:

| JOHN A. HANLEY | JACKSON A. SHEARD | WILLIAM R. HANLEY |
|---|---|---|

Its true and lawful Attorney(s)-in-fact, with full power and authority hereby conferred to each in their separate capacity if more than one is named above, to sign, execute and deliver on its behalf surety bonds and other instruments of similar nature excluding bail bonds not to exceed:

**Two Hundred Fifty Thousand Dollars ($250,000)**

The acknowledgment and execution of any such document by the said Attorney-in-Fact shall be as binding upon this company as if such bond has been executed and acknowledged by the regularly elected officers of this company. Accredited further certifies that the power is a true and exact copy of the resolution of the Board of Directors of Accredited duly adopted and now in force, to wit: "ALL bonds of the corporation shall be executed in the corporate name of the company by the President, Vice-President, Secretary, or any Assistant Secretary and they may appoint Attorneys-in-fact or agents, who shall have authority to issue bonds in the name of the Company."

IN WITNESS WHEREOF, the said ACCREDITED SURETY AND CASUALTY COMPANY, INC. has caused these presents to be executed by its authorized officer the 24 day of June, 2005



Corporate Seal

ACCREDITED SURETY AND CASUALTY COMPANY, INC.

By: _____
L. Samir Jallad, Vice-President

**State of Florida** } SS
**County of Orange** } SS

On this 24 day of June, 2005, before me, a Notary Public, personally appeared the above named officer who is personally known to me, and being duly sworn, acknowledged that he signed the above Power of Attorney as President or Vice-President of the said **ACCREDITED SURETY AND CASUALTY COMPANY, INC.**, and acknowledged said instrument to be the voluntary act of said corporation.

SARA RUSSELL
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD324595
EXPIRES 5/31/2008
BONDED THRU 1-888-NOTARY1

_____
Notary Public, State of Florida

I, the undersigned, officer of Accredited, do hereby certify that this is a true, correct and Certified copy of Power of Attorney, In testimony whereof, I have hereunto set my hand and the seal of Accredited which is still in full force effective this *_____ day of _____,_____. Signed and sealed at the City of Winter Park, Florida.

ACCREDITED SURETY AND CASUALTY COMPANY, INC.

By: _____
L. Samir Jallad, Vice-President

*IMPORTANT: This date must be filled in before it is attached to the bond and it must be the same date as the bond.
NOTE: For confirmation of this authority, please contact our underwriting Department at 1 888 668 2791.
NOTICE: Originals of this power of attorney are printed on security paper.