UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IMPULSE IMPORTS d/b/a IMPORT IMAGES, et. al.** | )<br>)<br>) |
| **Plaintiffs** | )<br>) |
| v. | )<br>) |
| **GLOBAL PRINTS, INC. d/b/a CAMPUS SALES, et. al.** | )<br>)<br>) |
| **Defendants.** | )<br>) |

## NOTICE OF FILING

NOW COME THE PLAINTIFFS, Impulse Imports d/b/a Import Images, et. al. ("Plaintiffs") in the above-captioned matter, and file the enclosed Seizure/Injunction Bond in the amount of $75,000.00 in conformance with the Court's Order of August 11, 2005 in this case.

Respectfully submitted,
Impulse Images, Inc. d/b/a Import Images
By its attorneys,

TIMOTHY J. ERVIN, (BBO# 567042)
JOHN F. GALLANT (BBO#547951)
GALLANT & ERVIN, LLC
Suite 103
One Olde North Road
Chelmsford, MA  01824
(978) 256-6041
(978) 256-7977 (fax)

Date: 8-16-05