## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IMPULSE IMPORTS d/b/a IMPORT       )
IMAGES, et. al.                    )
                                   )
           Plaintiffs              )        **Civil Action No.**
v.                                 )
                                   )
GLOBAL PRINTS, INC. d/b/a CAMPUS   )
SALES, et. al.                     )
                                   **05 - 11691 RCL**
           Defendants.             )
                                   )

## MOTION FOR ORDER TEMPORARILY SEALING FILE IN CONNECTION WITH PLAINTIFFS' EX PARTE MOTION FOR TRO AND SEIZURE ORDER

Plaintiffs, Impulse Imports d/b/a Import Images, Pyramid Posters Limited, Fifty-Six Hope Road Music, Ltd, Sheffield Enterprises, Inc., Lions Gate Entertainment, Inc., Artisan Pictures, Inc., James Dean, Inc., James Dean Foundation, Anthill Trading Ltd, LLC, Pearl Jam, LLC, End of Music, LLC, Radiohead Trademark Limited Corp., Orion Pictures, Corp., a subsidiary of Metro-Goldwyn-Mayer, Inc., Universal Studios, and Museum Masters International, a division of ArtMerchandising & Media, Inc. (collectively "Plaintiffs") hereby move the Court *ex parte* for an Order of the Court to temporarily seal the court file of the instant case until after service of the Temporary Restraining Order and Seizure Order upon the Defendants requested concurrently from this Court.

In support of this motion, the Plaintiffs rely upon the accompanying Memorandum, the Complaint in this action, and the supporting Affidavit in support of the Plaintiff's request for a Temporary Restraining Order, Seizure Order and Motion for Preliminary Injunction filed concurrently with the motion, as well as all the other pleadings and documents which have been filed by Plaintiffs in this case.

Good cause exists for filing these documents under seal without notice to the Defendants since it is believed by Plaintiffs' counsel of record that notice to the Defendants of this Motion or the underlying action will likely result in the Defendants secreting the infringing merchandise that is subject to this action.

No previous application for similar relief has been made in this action.

Respectfully submitted,
Impulse Imports d/b/a Import Images, et. al.,

By their attorneys,
TIMOTHY J. ERVIN, BBO #567042
JOHN F. GALLANT, BBO #547951
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA  01824
(978) 256-6041
Fax: (978) 256-7977
Email: tim@gallant-ervin.com
       john@gallant-ervin.com

2