**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| I MᵃᵘⁱSᶜ InRᶜⁿ⁵ ⁵⁺ ⁱ ˡ. | CV-05-11691-RCL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Paul Kennedy | ⫶ ᵢᵥ ⫶ |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Paul Kennedy

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

21 Amory strect Boston/ Roxbury

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Timothy J. Ervin
Gallant & Ervin LLC
1 Elde Ninth Ave! Ste K9
Chelmsford MA 01824

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                    Fold

serving company documents + reports

2005 AUG 16  A 11: 46

U.S. MARSHAL SERVICE DIST. MA RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| ⟨signature⟩ | | 978-852-1020 | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk ⟨signature⟩ Nancy Slauere | | Date 8/16/05 |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Paul Kennedy | | |

Address *(complete only if different than shown above)*

8/16 (1 DUSM @ 2 hrs )   8 miles RT   16 mles
8/18 (3 DUSMS @ 23 hrs.)   8 miles RT

| | Date of Service | Time | ☐ am |
|---|---|---|---|
| | 8/18/05 | 10:20 | ☒ pm |
| | Signature of U.S. Marshal or Deputy ⟨signature⟩ Don Freeman | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $1125. | 5.88 | | 1130.84 | | | |

REMARKS:  8 miles R-T

**U.S. Department of Justice**
**United States Marshals Service**



UNITED STATES MARSHALS SERVICE
DISTRICT OF _MA_

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)
Paul Kennedy / Global Prints Inc

CASE NO. CV-05-11691-RCL    CASE TITLE _Impulse Imp v Pal Kennedy_

SUBJECT (Name, address)

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| SEE | ATTACHED | (CRATES 473 - 474 - 476 - 478) | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |
| | | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE | |

(Over)

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE

DISTRICT OF _MA_

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)
Global Prints @ Prudential Center

CASE NO. CV-05-11691RCL     CASE TITLE     Impulse Imports v Global Prints.

SUBJECT (Name, address)
Posters and Prints and Records

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| # ATTACHED LIST | | ATTACHED LIST - ALL ITEMS - | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Type or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| Stephen P. Doyle | USMS | 10/6/05 | |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | 16/03 | NAME & AGENCY   Stephen McDoyle     SIGNATURE | NAME & AGENCY   Andrea Powers Ass.     SIGNATURE   Kristen Scheber | CUSTODY AND CONTROL |
| | | NAME & AGENCY     SIGNATURE | NAME & AGENCY     SIGNATURE | |
| | | NAME & AGENCY     SIGNATURE | NAME & AGENCY     SIGNATURE | |

(Over)

Form USM - 102
Rev. 04/78
Automated 01/01

# Inventory

**Subj:** Global Prints/Prudential Center Kiosk

D.O.B
4/26/73

| Trademark | Item Description | Retail Price | Pieces | Total Pieces |
|---|---|---|---|---|
| **Bob Marley** | Posters | | 7.4 -- | 1 |
| | Art Work | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Reservoir Dogs** | Posters | | 1-1- 涨 1 - 1 - | 2 |
| | Art Work | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Phish** | Posters | | | |
| | Art Work | | | |
| | | | | |
| | | | | |
| | | | | |

1

| Trademark | Item Description | Retail Price | Pieces | Total Pieces |
|---|---|---|---|---|
| **Miles Davis** | Posters | | | |
| | Art Work | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **James Dean (East of Eden/ Rebel Without A Cause /Giant** | Posters | | $1-2-1$ $2-$ $1-$ | *(1)* |
| | Art Work | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Pearl Jam** | Posters | | | |
| | Art Work | | | |
| | | | | |
| | | | | |

2

| Trademark | Item Description | Retail Price | Pieces | Total Pieces |
|---|---|---|---|---|
| **Bob Dylan** | Posters | | | |
| | Art Work | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **RAT PACK** | Posters | | 3 - |- | (1) |
| | Art Work | | | |
| | | | | |
| | | | | |
| | | | | |
| **Radiohead** | Posters | | 1-1 |-|- | (2) |
| | Art Work | | | |
| | | | | |
| Kurt Cobain | posters | | 2"= |- | (0) |
| Army of Darkness | posters | | 1## 1- | 1 |
| Sting | | | 1- | 1 |
| Silvador Dali | | | 3-2-1-2- Small-1 | 1 / 1 |
| Carlitos Way | | | 1 | 1 |

3

| Trademark | Item Description | Retail Price | Pieces | Total Pieces |
|-----------|------------------|--------------|--------|--------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Investigator:**

**Date:**

**Police Officer:**

4

# Inventory

**Subj:** Global Prints, 71 Amory St., Boston, MA

| Trademark | Item Description | Retail Price | Pieces | Total Pieces |
|---|---|---|---|---|
| **Bob Marley** | Posters | | 9- 9 -3 -9 -2 -6 -4 -50 -9 -130<br>21-73-26- 35- 22 -26 - 2 -45 -29 | |
| | Art Work | | 39-28- 9 - 5- 77- 32- 4- 141-29 =25<br>423- 100-3-3- 1 -900-1-2-2- 1 -25-<br>42 -46-12-95-50-89-14-37 - 86 -58 -<br>62 -42 -283 -90 - | |
| | | | (3,366) -892 = 2,474 | |
| | | | | |
| | | | | |
| | | | | |
| **Reservoir Dogs** | Posters | | 4 -1-200 - 2380 -1300 -200 -5 - 5 -<br>20-60-25 -700 -300 - 200-100 -2- 5 -<br>150 -100 - 10 -2 -14-7 -100 -18 - | |
| | Art Work | | 42 -2 - 14 -  (5,971) - 55 = 5,916 | |
| Breakfast Club | small posters | | 126 | (126) |
| | | | | |
| | | | | |
| Phish | Posters | | | |
| | Art Work | | | |
| | | | | |
| | | | | |
| | | | | |

1

| Trademark | Item Description | Retail Price | Pieces | Total Pieces |
|---|---|---|---|---|
| Miles Davis | Posters | | | |
| | Art Work | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| James Dean (East of Eden/ Rebel Without A Cause /Giant | Posters | | 44 -25 -58 -28<br>332 -7 -31 - 67 -160<br>12 -55 - 60 - 30 -<br>909<br>-35<br>550 | |
| | Art Work | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Pearl Jam | Posters | | 4-8-312-1-4-  329 | |
| | Art Work | | | |
| | | | | |
| | | | | |

2

| Trademark | Item Description | Retail Price | Pieces | Total Pieces |
|---|---|---|---|---|
| Bob Dylan | Posters | | | |
| | Art Work | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| RAT PACK | Posters | | 2 - 3 - 1 - 3 - 500 - 100 - 10 - 108 300 - 22 - 300 - 100 - 100 - 31 - 509 - 26 - 75 - 13 - 58 - 3 | |
| | Art Work | | 158 - 584 - 204 - 200 - | |
| | | | 3,310 | |
| | | | -1,661 649 | |
| | | | | |
| | | | | |
| Radiohead | Posters | | 6 - 100 - 100 - 300 - 100 - 10 - 1 165 - 104 - 115 - 19 - 53 - 2 | |
| | Art Work | | 2 - 109 - 153 - 1,339 | |
| | | | -739 | |
| | | | 600 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3

| Trademark | Item Description | Retail Price | Pieces | Total Pieces |
|---|---|---|---|---|
| Salvador Dali | 6 posters | 106- 73-4-83 -25--189 585-778 555- 10,000 — | Posters 6 - 3 — 6 - 6 - 3 - 3 - 6 600- 2146 700 - 100 -15-2 - 5 4 100 - 48-83- 950- 200 - 500 1500 - 3100 - 900 - 736 - 465 6 - 1 - 6 - 29 - 62 - 60 - 4 - 62 - 1 - 7 3 - 23 - 11 - 1 - 1 - 23 - 22 - 27 27-184 - 58 - 87 - 18 - 247 - 8 242 - 32 - 125 - 24 - 13 - 2 | 200 - 30 - 30 - 20 - 22 -150 - 25 - 52 - 41 - 11 - 16 - 13 - 27 - 1 - 6 - |
| Kurt Cobain | 851 -107 747 | | | |
| Pink Floyd | posters | | 1 - 1 - 3 - 1 - 2     Returned | |
| Sting | | | 148 - 128 - 28 - 73 - 178 - | 482 |
| Army of Darkness | | | 6 - 8 - 19 - 33 -3 2 | |

**Investigator:**

**Date:**

**Police Officer:**

Returns

Bob Marley -124-52-166-40-36-80-9-
138-4-18-30-9-38·42 — 90

Res. Dogs - 6-42-7

Dali - 18-29-88-534-47

James Dean· 17-17-13-69-57-12-34
31-48-24-32·

Radiohead -15-57-100-71-59-5-100-1
50 100-14-63-

Rat Pack -93-100-180-100-123-100-126-270
28-23-100-121-100-137-15-45

Army of Darkness - 7-17-7

Kurt Cobain - 32-57-15 (104)


Bob Marley - 892
Res Dogs - 55
Dali - 221
James Dean - 359
Radiohead - 739
Rat Pack - 1661
Army of Darkness - 31
Kurt Cobain - 104