UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **IMPULSE IMPORTS d/b/a IMPORT IMAGES, et. al.** ) ) ) ) **Plaintiffs** ) v. ) ) **GLOBAL PRINTS, INC. d/b/a CAMPUS SALES, et. al.** ) ) ) **Defendants.** ) ) | Civil Action No. 05-11691 RCL |

### (ASSENTED TO) MOTION TO CONTINUE EX-PARTE SEIZURE ORDER AND PRELIMINARY INJUNCTION HEARING

Now come the Plaintiffs in the above-captioned matter, and with the assent of all Defendants, move this court to extend the Temporary Restraining Order and to continue the further hearing on the Ex-Parte Seizure Order and Preliminary Injunction presently scheduled for hearing on Monday September 19, 2005, because the Parties have agreed to continue to explore the potential settlement of all claims raised in the litigation. In further support, the Parties aver as follows:

1. On August 16, 2005, the Court, upon the application of Plaintiffs, entered a Temporary Restraining Order and a Seizure Order in favor of the Plaintiffs.

2. The Order for Seizure issued by the Court called for a further hearing under 15 U.S.C. §1116 (d) (10) (A) on the Preliminary Injunction and Seizure Order for Monday August 29, 2005.

3. On or about August 19, 2005, the Parties filed a motion to extend the time for hearing until September 19, 2005. This motion was allowed by the Court on Wednesday August 24, 2005.

4. The Parties now move this court to extend the time for hearing until Monday October 24, 2005, or some other date convenient for the Court so that the Parties will have additional time to explore, draft and agree upon all issues and terms of a proposed settlement.

5. Counsel for Plaintiffs has spoken with Defendants' Counsel and all Parties have assented to this Motion and indicated that they wish to continue discussions in order to try and resolve the claims commenced in this action.

6. The Parties agree that the Temporary Restraining Order issued on August 16, 2005 shall remain in full force and effect until such time as the Court conducts a further hearing on this matter or another settlement is reached and that all materials seized by the Plaintiffs will continue to be held by Plaintiffs in accordance with the Seizure Order.

7. The requested continuance is not sought to hinder or delay this matter but rather will promote judicial economy and preserve judicial resources.

### *REQUEST FOR RELIEF*

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant their Assented to Motion and issue an Order regarding the same.

| Respectfully submitted, | Global Prints, Inc. d/b/a Campus Sales |
|---|---|
| Impulse Imports d/b/a Import Images, et. al., | Paul Kennedy, |
| TIMOTHY J. ERVIN, BBO #567042 | David M. Ianelli |
| JOHN F. GALLANT, BBO #547951 | Bowditch & Dewey, LLP |
| GALLANT & ERVIN, LLC | 311 Main Street |
| One Olde North Road, Ste. 103 | P.O. Box 15156 |
| Chelmsford, MA 01824 | Worcester, MA 01615-0156 |
| (978) 256-6041 | (508) 926-3414 |
| Fax: (978) 256-7977 | Fax (508) 929-3020 |
| Email: tim@gallant-ervin.com | Email: dianelli@bowditch.com |
| john@gallant-ervin.com | |

## CERTIFICATE OF SERVICE

I, Timothy J. Ervin, hereby certify that on this 13th day of September 2005, I have served a true copy of the foregoing documents on all counsel of record by causing a copy of the same to be delivered either by email, facsimile and overnight mail, to:

> David M. Ianelli, Esq.
> Bowditch & Dewey
> 311 Main Street
> Worcester, MA 01615

_____
Timothy J. Ervin