UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| IMPULSE IMPORTS d/b/a IMPORT IMAGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL PRINTS, INC. d/b/a CAMPUS SALES, et al., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-11691-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that David M. Ianelli, counsel for Defendant, Global Prints, Inc. d/b/a Campus Sales, in the above-entitled action has changed his address to the following:

>David M. Ianelli, Esq.
>dianelli@ghlaw.com
>Gadsby Hannah LLP
>225 Franklin Street
>Boston, MA  02110
>617-345-7000

>Respectfully submitted,

>/s/ David M. Ianelli
>David M. Ianelli, BBO # 567274
>dianelli@ghlaw.com
>Gadsby Hannah LLP
>225 Franklin Street
>Boston, MA  02110
>(617) 345-7000

November 17, 2005

B0437951v1