# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IMPULSE IMPORTS d/b/a IMPORT IMAGES, et. al.<br><br>       **Plaintiffs**<br>**v.**<br><br>GLOBAL PRINTS, INC. d/b/a CAMPUS SALES, et. al.<br><br>       **Defendants.** | **Civil Action No. 05-11691 RCL** |

## (ASSENTED TO) MOTION TO CONTINUE EX-PARTE SEIZURE ORDER AND PRELIMINARY INJUNCTION HEARING

Now come the Plaintiffs in the above-captioned matter, and with the assent of all Defendants, move this court to extend the Temporary Restraining Order and to continue the further hearing on the Ex-Parte Seizure Order and Preliminary Injunction presently scheduled for hearing on Thursday December 1, 2005, because the Parties have exchanged detailed settlement proposals and remain confident that the parties will reach a settlement of all claims raised in the litigation.  In further support, the Parties aver as follows:

1.	On August 16, 2005, the Court, upon the application of Plaintiffs, entered a Temporary Restraining Order and a Seizure Order in favor of the Plaintiffs.

2.	The Order for Seizure issued by the Court called for a further hearing under 15 U.S.C. §1116 (d) (10) (A) on the Preliminary Injunction and Seizure Order for Monday August 29, 2005.

3.	On or about August 19, 2005, the Parties filed a motion to extend the time for hearing until September 19, 2005.  This motion was allowed by the Court on Wednesday August 24, 2005.

4.    On or about September 14, 2005, the Parties filed a motion to extend the time for hearing until October 24, 2005 or some other date convenient for the Court. The Court allowed the motion and extended the time for hearing until October 31, 2005 on September 14, 2005.

5.    On or about October 17, 2005, the Parties filed a motion to extend the time for hearing until Wednesday November 30, 2005 or some other date convenient for the Court. The Court allowed the motion and extended the time for hearing until December 1, 2005 on October 19, 2005.

6.    The Parties now move this court to extend the time for hearing until Monday January 30, 2005, or some other date convenient for the Court so that the Parties will have additional time to finalize all issues and terms of the settlement in this action.

7.    Since this lawsuit was initiated, the Parties have engaged in continuous discussions in the hopes of reaching a negotiated resolution. To date, the Parties have exchanged detailed settlement proposals and remain committed to negotiating towards a resolution in this matter. All Parties remain confident that a settlement of all claims raised in the litigation can be reached.

8.    Counsel for Plaintiffs has spoken with Defendants' Counsel and all Parties have assented to this Motion and indicated that they wish to continue discussions in order to try and resolve the claims commenced in this action.

9.    The Parties agree that the Temporary Restraining Order issued on August 16, 2005 shall remain in full force and effect until such time as the Court conducts a further hearing on this matter or another settlement is reached and that all materials seized

2

by the Plaintiffs will continue to be held by Plaintiffs in accordance with the Seizure

Order.

10.    The requested continuance is not sought to hinder or delay this matter but rather will

promote judicial economy and preserve judicial resources.

### *REQUEST FOR RELIEF*

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the

Court grant their Assented to Motion and issue an Order regarding the same.


Respectfully submitted,                          Global Prints, Inc. d/b/a Campus Sales
Impulse Imports d/b/a Import Images, et. al.,    Paul Kennedy,


_____                   _____
TIMOTHY J. ERVIN, BBO #567042                    DAVID M. IANELLI
JOHN F. GALLANT, BBO #547951                      GADSBY & HANNAH, LLP
GALLANT & ERVIN, LLC                              225 Franklin Street
One Olde North Road, Ste. 103                     Boston, MA 02110
Chelmsford, MA 01824                              Tel: 617-345-7044
Tel: (978) 256-6041                               Fax: 617-204-8044
Fax: (978) 256-7977                               Email: dianelli@ghlaw.com
Email: tim@gallant-ervin.com
       john@gallant-ervin.com


3

## CERTIFICATE OF SERVICE

I, Timothy J. Ervin, hereby certify that on this 23 day of November 2005, I have served a true copy of the foregoing documents on all counsel of record by causing a copy of the same to be delivered either by email, facsimile and overnight mail, to:

David M. Ianelli, Esq.
Gadshy & Hannah, LLP
225 Franklin Street
Boston, MA 02110

_____
Timothy J. Ervin