UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IMPULSE IMPORTS d/b/a IMPORT IMAGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL PRINTS, INC. d/b/a CAMPUS SALES, et al., <br><br> Defendants. | C. A. No. 05011691 RCL |

**(ASSENTED TO) MOTION TO CONTINUE PERIOD IN WHICH TO FILE A SETTLEMENT AGREEMENT**

Now come the Plaintiffs in the above-captioned matter, and with the assent of all Defendants, move this court to extend the period in which the parties are working to finalize the settlement in this matter and seek an additional sixty (60) days to do so. In further support, the Parties aver as follows:

1. On or about January 19, 2005, Plaintiffs' Counsel informed the Court that the Parties had reached an agreement regarding settlement of all claims in this matter and requested a thirty (30) day period to finalize and execute a Settlement Agreement before the case was dismissed.

2. On or about January 19, 2005, Court issued a Settlement Order of Dismissal requiring the Parties to file said Settlement Agreement with the Court within thirty (30) days.

3. The Parties now move this court to extend the time to file the Settlement Agreement by an additional sixty (60) days. Despite their best efforts due to the number of

parties involved and the intricacies of the terms of settlement the parties are requesting an additional period of time.

4. Counsel for Plaintiffs has spoken with Defendants' Counsel and all Parties have assented to this Motion and have indicated that they wish to extend the time in which a Settlement Agreement in this matter must be filed.

5. The requested continuance is not sought to hinder or delay this matter but rather will promote judicial economy and preserve judicial resources.

### *REQUEST FOR RELIEF*

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant their Assented to Motion and issue an Order regarding the same.

Respectfully submitted,

IMPULSE IMPORTS d/b/a IMPORT IMAGES, et al.,

_____
Timothy J. Ervin, BBO #567042
John F. Gallant, BBO #547951
Gallant & Ervin, LLC
One Olde North Road, Suite 103
Chelmsford, MA 01824
Tel: (978) 256-6041
Fax: (978) 256-7977
Email: tim@gallant-ervin.com
       john@gallant-ervin.com

GLOBAL PRINTS, INC. d/b/a CAMPUS SALES PAUL KENNEDY,

_____
David M. Ianelli, BBO #567274
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
Tel: (617) 345-7044
Fax: (617) 345-8044
Email: dianelli@ghlaw.com