UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IMPULSE IMPORTS d/b/a IMPORT IMAGES, et. al.<br><br>    Plaintiffs<br>v.<br><br>GLOBAL PRINTS, INC. d/b/a CAMPUS SALES, et. al.<br><br>    Defendants. | Civil Action No. 05-11691 RCL |

## ORDER PERMANENT INJUNCTION

This cause has come before the Court upon the application of the Parties for entrance of a Permanent Injunction. Being fully advised, the court

ORDERS, ADJUDGES and DECREES that the Defendants, and any of their officers, agents, servants, employees or representatives, themselves or in participation with any other entity, affiliation, or arrangement in which the Defendants have either a direct or indirect interest, hereby are permanently restrained and enjoined from knowingly:

(a) Importing into or exporting from the United States, its territories or possessions, any goods which bear an unauthorized copy of any of the Plaintiffs trademarks and/or copyrights or any confusingly similar variations thereof (hereinafter, "Infringing Goods");

(b) Exporting from or importing into any foreign country any Infringing Goods;

(c) Participating in the manufacture, assembly, distribution or sale of any Infringing Goods;

B0443749v2

(d) Infringing Plaintiffs' established proprietary rights in their licensed trademarks and copyrights and all protectable variations thereof, by further promoting, advertising, publishing or offering for sale any Infringing Goods;

(e) Otherwise infringing Plaintiffs' established proprietary rights at common law in any of the trademarks which are the subject matter of this action;

(f) Competing unfairly with Plaintiffs in any manner by continued use or sale of Infringing Goods;

(g) Competing unfairly with Plaintiffs by passing off Infringing Goods as genuine goods of Plaintiffs; and

(i) Buying, selling or in any way dealing with any Infringing Goods.

DONE and ORDERED in chambers at the United States District Courthouse, _____, this 27 day of July, 2006.

_____
U.S. DISTRICT JUDGE

cc: Counsel of Record

B0443749v2