## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IMPULSE IMPORTS d/b/a IMPORT IMAGES, et. al. ) ) ) ) | |
|      Plaintiffs ) | Civil Action No. 05-11691 RCL |
| v. ) ) | |
| GLOBAL PRINTS, INC. d/b/a CAMPUS ) SALES, et. al. ) ) | |
|      Defendants. ) ) | |

## ORDER RELEASING REPLEVIN BOND

This cause having come before the Court upon the application of the Parties to this action for an Order releasing the replevin bond, said Bond having been filed with the Court in the above-captioned matter and the Court being fully advised,

ORDERS, ADJUDGES and DECREES that

In light of the settlement of all claims reached by the Parties, the replevin bond posted as security by Plaintiffs as required under 15 U.S.C. 1116 (d) is hereby released to the Plaintiffs.

DONE and ORDERED in chambers at the United States District Courthouse, _____, this 5 day of Sept, 2006.

_____
U.S. DISTRICT JUDGE

cc: Counsel of Record